**Keith Bryan WEBB, Petitioner-Appellant,**

v.

**Steven FIGIEL, Acting Warden, Respondent-Appellee,**

and

**United States Parole Commission, Respondent.**

**No. 17-6555**

United States Court of Appeals, Fourth Circuit.

Submitted: August 15, 2017

Decided: September 26, 2017

Keith Bryan Webb, Appellant Pro Se. Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Bryan Webb, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons

stated by the district court. *Webb v. Figiel*, No. 5:16-cv-00044-FPS-RWT, 2017 WL 1147470 (N.D.W. Va. Mar. 27, 2017). We deny Webb's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*